## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No.: 17Cr 10281 |
| | ) |
| V. | ) VIOLATIONS: |
| | ) |
| (1) DALNOVIS DELAROSA ARIAS and | ) 21 U.S.C. §846 - Conspiracy to Possess |
| | ) with Intent to Distribute and to Distribute |
| (2) MINERVA RUIZ, | ) Heroin |
| | ) |
| Defendants. | ) 21 U.S.C. §841 - Possession with Intent to |
| | ) Distribute and Distribution of Heroin |
| | ) |
| | ) 21 U.S.C. §853 - Drug Forfeiture |
| | ) Allegation |
| | ) |

## INDICTMENT

**COUNT ONE**:     (21 U.S.C. §846 – Conspiracy to Possess With Intent to Distribute and to Distribute Heroin)

The Grand Jury charges that:

From in or around June 2017, and continuing through August 24, 2017, at Lawrence, Charlestown, and elsewhere in the District of Massachusetts, and elsewhere,

(1)     DALNOVIS DELAROSA ARIAS and
(2)     MINERVA RUIZ,

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute heroin, a Schedule I controlled substance, in violation of 21 U.S.C. §841(a)(1).

It is further alleged that the offense described in Count One involved one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance. Accordingly, 21 U.S.C. §841(b)(1)(A)(i) applies to this offense.

It is further alleged that, with respect to Count One, one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, is attributable to, and was reasonably foreseeable by (1) DALNOVIS DELAROSA ARIAS and (2) MINERVA RUIZ. Accordingly, 21 U.S.C. §841(b)(1)(A)(i) is applicable to both defendants.

All in violation of 21 U.S.C. §846.

**COUNT TWO**:       (21 U.S.C. §841(a)(1) – Possession with Intent to Distribute and Distribution of Heroin)

The Grand Jury further charges that:

On or about August 24, 2017, at Lawrence, Charlestown, and elsewhere in the District of Massachusetts,

      (1)     DALNOVIS DELAROSA ARIAS and
      (2)     MINERVA RUIZ,

defendants herein, did knowingly and intentionally possess with intent to distribute heroin, a Schedule I controlled substance.

It is further alleged that the offense described in Count Two involved one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance. Accordingly, 21 U.S.C. §841(b)(1)(A)(i) applies to this offense.

It is further alleged that, with respect to Count Two, one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, is attributable to, and was reasonably foreseeable by (1) DALNOVIS DELAROSA ARIAS and (2) MINERVA RUIZ. Accordingly, 21 U.S.C. §841(b)(1)(A)(i) is applicable to both defendants.

All in violation of 21 U.S.C. §841(a)(1).

## DRUG FORFEITURE ALLEGATION
### (21 U.S.C. §853)

The Grand Jury further charges that:

1.      Upon conviction of the offenses alleged in this Indictment,

> (1)    DALNOVIS DELAROSA ARIAS and
> (2)    MINERVA RUIZ,

defendants herein, shall forfeit to the United States pursuant to 21 U.S.C. §853, any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offense; and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

2.      If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

> (a)    cannot be located upon the exercise of due diligence;
>
> (b)    has been transferred or sold to, or deposited with, a third party;
>
> (c)    has been placed beyond the jurisdiction of the Court;
>
> (d)    has been substantially diminished in value; or
>
> (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All pursuant to 21 U.S.C. §853.

**A TRUE BILL,**

*Denise Fassnacht*

FOREPERSON OF THE GRAND JURY

*Leah B Foley*

LEAH B. FOLEY
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS            September 20, 2017

Returned into the District Court by the Grand Jurors and filed.

*Kelleann Moore*
Deputy Clerk        9/20/17 @ 10:15am