UNITED STATES DISTRICT COURT
OF MASSACHUSETTS

CRIMINAL No. 17 cr 10281

UNITED STATES OF AMERICA

v.

DELAROSA ARIAS ET AL

MOTION   TO WITHDRAW AS COUNSEL

_____

The   undersigned attorney moves to withdraw as counsel of record for Minerva Ruiz in the above entitled and enumerate case.   Attorney Scott Gleason has filed his appearance as retained counsel.

WHEREFORE, the defendant moves this Court to allow the motion.

Respectfully Submitted,
Minerva Ruiz
By Her Attorney,

___/s/ Lenore Glaser_____              March 6, 2018
Lenore Glaser, Esq. B.B.O. # 194220
45 Bromfield St., Suite 500
Boston, MA. 02108
617 753-9988

**Certificate of Service**
**I. Lenore Glaser, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 6, 2018.**

**/s/ Lenore Glaser**