UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No.: 17-CR-10281-PBS |
| v. | ) |
| DALNOVIS DELAROSA ARIAS and MINERVA RUIZ, | ) |
| Defendants. | ) |

## JOINT MOTION FOR RECONSIDERATION TO CONTINUE TRIAL

The United States of America, by Assistant United States Attorneys Leah B. Foley and Lauren Graber and with the assent of counsels for the defendants, hereby files this Motion for Reconsideration of the Motion to continue the trial in this matter [Dkt. No. 82], which is scheduled to commence on November 13, 2018. On October 22, 2018, this Court denied the parties' assented-to request to continue the trial in this matter.

As grounds for its Motion for Reconsideration, the government states that counsels for both defendants are not available the week of November 13, 2018. Counsel for Mr. Delarosa Arias is currently on trial in a murder case, which is expected to be ongoing the week of November 13, 2018. Counsel for Ms. Ruiz has travel plans that make him unavailable beginning November 15, 2018. The trial will take more than two days to complete, even if the Court sat for full days. In addition, AUSA Foley is scheduled to begin a trial on November 5, 2018 [Dkt. No. 13-CR-10343-GAO]. At the pretrial conference held in that case on October 23, 2018, defense counsel informed the government that they are not stipulating to anything relating to the trial, and thus, there is a likely chance that the trial will spill over into the week of November 13.

Ms. Ruiz is currently on release pending trial. Mr. Delarosa Arias is detained, but has an immigration detainer lodged against him and is facing deportation.

---

Handwritten margin note:
10/26/18 Denied. A continuance is not warranted. A continuance is not warranted because the murder trial is concluded. Government I will wait for a month. Pains Saris