UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 17-cr-10281-PBS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| MINERVA RUIZ, Defendant. | ) |

**DEFENDANT'S OBJECTION TO GOVERNMENT'S MOTION FOR A HEARING CONCERNING DISQUALIFICATION OF ATTORNEY SCOTT GLEASON**

NOW COMES the defendant and hereby opposes the Government's Motion For A Hearing Concerning Disqualification of Attorney Scott Gleason, and, in support of the within opposition, states as follows:

1. The defendant was charged with conspiracy with intent to distribute heroin, and distribution of heroin, in violation of 21 USC §846 and 21 USC §841 (a)(1).

2. Counsel entered his appearance on the defendant's behalf on March 6, 2018.

3. On November 26, 2018, the government disclosed to the defense, for the first time, the identity of a cooperating witness. Trial was scheduled to occur on December 3, 2018.

4. On November 29, 2018, counsel notified the government that he currently represents the cooperating witness. Specifically, counsel revealed that he represents the cooperating witness in an effort to vacate a prior, unrelated drug conviction in the Haverhill District Court.

5. The defendant has a Sixth Amendment constitutional right to the legal representation of her choice. Wheat v. United States, 486 U.S. 153 (1988). In litigating this matter, and preparing for trial, the defendant has expended considerable time, effort and resources on her current legal counsel, is satisfied with his representation and wants to proceed to trial with him.

6. The government has failed to explain why it neglected to alert the defense to this potential conflict issue until days prior to trial. Given the timing of the disclosure, its importance and the circumstances, the trial court would be within its discretion to prohibit the government from calling the cooperating witness at trial.

7. Further, if the cooperating witness were to testify at trial, it is not clear, at this stage of the proceeding, whether an insurmountable conflict of interest exists.

   A. The matter counsel represents the cooperating witness on is minor in nature. The fact of his criminal conviction, which counsel would have learned in this proceeding anyway, is essentially all that has been disclosed to counsel during the representation and which would assist the defense in this trial. Therefore, this is not a situation where counsel is restricted in his representation due to his responsibilities to another client, in this case the cooperating witness. See Mass. R. Prof'l Conduct, 1.7(a)(2).

   B. The matter involving the cooperating witness is scheduled for hearing soon. It is likely that counsel's representation of the cooperating witness will conclude on that day. By the time trial is re-scheduled in this matter, it is likely that the cooperating witness will not be a current client, but a

former client. Counsel's duty to a former client is governed by <u>Mass. R. Prof'l Conduct</u>, 1.9. Counsel does not believe that he will be using any confidential information to the advantage of the defendant or to the disadvantage of the cooperating witness. Counsel does not believe that he will be in the position of having to reveal any confidential information relating to the cooperating witness. <u>Mass. R. Prof'l Conduct</u>, 1.9 (c).

8. Counsel requests that the Court schedule a hearing on this matter.

WHEREFORE, defendant requests that this Honorable Court allow the within Motion, or schedule hearing for said motion and for such other and further relief as this Court deems appropriate.

Dated: December 7, 2018

RESPECTFULLY SUBMITTED
FOR THE DEFENDANT
BY HER ATTORNEY

/s/ Scott F. Gleason
Scott F. Gleason, Esquire
GLEASON LAW OFFICES, P.C.
163 Merrimack Street
Haverhill, MA  01830
(978) 521-4044
B.B.O. Reg. No. 195000

CERTIFICATE OF SERVICE

I, Scott F. Gleason, Esquire, do hereby certify that I have this date filed a copy of the within Motion to all interested parties by way of electronic filing.

Dated:  December 7, 2018

/s/Scott F.  Gleason
Scott F. Gleason, Esquire