AO 458 (Rev. 10/95 - Rev. D. MA 2/07)   Appearance - Criminal

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.

Minerva Ruiz

**APPEARANCE**

Case Number:   17-CR-10281-PBS-2

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

the Defendant, Minverva Ruiz.

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:

☐ CJA Appointment
☐ Federal Public Defender
☑ Retained
☐ Pro Bono

| 3/5/2019 | | Signature | |
|---|---|---|---|
| Date | | /s/ Joseph F. Krowski Jr., Esquire | 640902 |
| | | Print Name | Bar Number |
| | | 30 Cottage Street | |
| | | Address | |
| | | Brockton          MA | 02301 |
| | | City          State | Zip Code |
| | | (508) 584-2555 | (508) 588-6035 |
| | | Phone Number | Fax Number |