*[Handwritten margin notes: "STA is excluded under the... Stat. Patti B Saris"; "3/5/19 Allowed. No further continuances! This has been continued too many times. STA Time is excluded."]*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:17-CR-10281-PBS-2

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | **MOTION TO CONTINUE TRIAL DATE** |
| ) | **(ASSENTED TO)** |
| MINERVA RUIZ ) | |

The Defendant, Minerva Ruiz, moves the Court, through Counsel, to continue her April 1, 2019, trial date to a date in the last week of July, 2019.

As reasons therefor:

1. On January 11, 2019, the Defendant's previous attorney, Scott Gleason, Esq., was required to withdraw due to a conflict of interest.

2. Ms. Ruiz recently hired present Counsel, who is this day filing his appearance.

3. Counsel has a scheduling conflict on April 1, 2019. He will be on a rape trial in Suffolk County Superior Court.

4. Following the trial, he is out of the country on pre-planned travel.

5. Based on Counsel's trial schedule, the Defendant is requesting a trial date in the last week of July.

6. The Assistant U.S. Attorney has noted her assent to this motion.

**Wherefore**, the Defendant moves that this motion be Allowed and that the continuance period be excluded from the Speedy Trial Act.

1