UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MINERVA RUIZ<br><br>Defendant | CRIMINAL No. 17-CR-10281-PBS |

STIPULATION #1

The United States of America, by Andrew E. Lelling, United States Attorney, and Lauren Graber and Benjamin Tolkoff, Assistant United States Attorneys for the District of Massachusetts, and Minerva Ruiz, through her counsel of record, Joseph Krowski, Jr., hereby agree and stipulate to the following:

1. Exhibit 11 and 12 (DEA Exhibit Nos. 1.01 and 1.02) were submitted to the Drug Enforcement Administration's Northeast Regional Laboratory for analysis. Michelle M. Cerreta, a qualified forensic chemist with the Drug Enforcement Administration, analyzed Exhibits 11 and 12, and found the exhibits consisted of 877.9 grams and 878.2 grams, respectively, of a mixture or substance containing a detectable amount of heroin. The total weight of a mixture or substance containing a detectable amount of heroin was 1.756 kilograms.

2. Heroin is a Schedule I controlled substance.

3. The parties stipulate to the chain of custody as to Exhibits 11 and 12.

July 17, 2019                                  Respectfully submitted,

                                     ANDREW E. LELLING
                                     United States Attorney

By: _____
                                     LAUREN A. GRABER
                                     BENJAMIN TOLKOFF
                                     Assistant United States Attorneys


                                     Minerva Ruiz
                                     By her attorney:

                                   _____
                                   Joseph F. Krowski, Jr.
                                   Law Offices of Joseph F. Krowski
                                   Attorney for Minerva Ruiz