UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL No. 17-CR-10281-PBS |
| MINERVA RUIZ | |
| Defendant | |

## STIPULATION #2

The United States of America, by Andrew E. Lelling, United States Attorney, and Lauren Graber and Benjamin Tolkoff, Assistant United States Attorneys for the District of Massachusetts, and Minerva Ruiz, through her counsel of record, Joseph Krowski, Jr., hereby agree and stipulate to the following:

1. The English-language portion of the transcripts in Exhibits 2 through 9 are translations of conversations that were conducted in Spanish.

2. The English-language transcripts were translated from Spanish to English by a court-certified Spanish-language interpreter and are accurate translations of the original Spanish recordings.

3. The participants in the conversations are those who are named in the transcripts. The times and dates of the conversations are those indicated in the transcripts.

4. The parties stipulate to the accuracy and authenticity of Exhibits 2 through 9.

5. The defendant maintains an objection to Exhibits 2 through 9 as hearsay.

July 17, 2019                            Respectfully submitted,


                                         ANDREW E. LELLING
                                         United States Attorney

                                 By:

                                         LAUREN A. GRABER
                                         BENJAMIN TOLKOFF
                                         Assistant United States Attorneys


                                         Minerva Ruiz
                                         By her attorney:

                                         Joseph F. Krowski, Jr.
                                         Law Offices of Joseph F. Krowski
                                         Attorney for Minerva Ruiz

2