UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO: 17-10281-PBS-2

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
v.                                  )
                                    )
MINERVA RUIZ                        )
_____ )

**<u>STIPULATION</u>**

1. During the month of June, 2017, a confidential informant in Puerto Rico provided information to the Department of Homeland Security that an individual, later identified as Dalnovis Delarosa Arias, was looking to sell multiple kilograms of heroin in the Massachusetts area.

2. The confidential informant provided no information about Defendant, Minerva Ruiz.

                                By her Attorney,

                                /s/ Joseph F. Krowski Jr., Esquire
                                JOSEPH F. KROWSKI JR., ESQUIRE
                                30 Cottage Street
                                Brockton, MA 02301
                                (508) 584-2555
                                krowskijr@gmail.com
                                BBO: 640902

Dated: July 19, 2019