```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

                              DOCKET NO. 1-CR-10281-PBS-2
```

```
_____
                       )
UNITED STATES          )
                       )
v.                     )
                       )
MINERVA RUIZ           )
_____ )
```

**DEFENDANT'S PROPOSED EXHIBIT**

Exhibit: Excerpt (redacted) of Dalnovis Delaros Arias's November 26, 2018, Guilty Plea and allocution re: Counts 1 and 2 of the indictment (Transcript pages 38 & 39).

By her Attorney,

/s/ Joseph F. Krowski Jr., Esquire
JOSEPH F. KROWSKI JR., Esquire
30 Cottage Street
Brockton, MA 02301
(508) 584-2555
BBO#: 640902

Dated: July 19, 2019

**CERTIFICATE OF SERVICE**

    I, Joseph F. Krowski, Jr., Esquire, certify that I have this 19th day of July, 2019, served a copy of The Defendant's Proposed Exhibit upon The Assistant U.S. Attorney and all counsel of record by means of the Court's electronic filing and notification system (PACER/CM/ECF).

/s/ Joseph F. Krowski Jr., Esquire
JOSEPH F. KROWSKI JR., ESQUIRE

1
2
3       THE COURT:  All right.  So let me read the charge in
4  the indictment,
5       So do you plead guilty from in around June, 2017, and
6  continuing through August 24, 2017, in Lawrence, Charlestown,
7  and elsewhere in the District of Massachusetts, that you,
8  Dalnovis Delarosa Arias, and another person, not the
9  cooperator, did knowingly and intentionally combine, conspire,
10 confederate, and agree with each other, and with persons known
11 and unknown to the grand jury, to possess with intent to
12 distribute and to distribute heroin, a Schedule I controlled
13 substance, in violation of 21 U.S. Code, Section 841(a)(1)?  Do
14 you plead guilty knowingly, freely, and voluntarily to
15 conspiracy to possess with intent to distribute heroin?
16      THE DEFENDANT:  Yes.
17      THE COURT:  And, as I understand it
18                                          you were conspiring
19 with someone in Texas
20       Is that right?
21      THE DEFENDANT:  Yes.
22      THE COURT:  Is that right?
23      THE DEFENDANT:  Yes, but not in Texas.
24      THE COURT:  Well, where is the person?
25      THE DEFENDANT:  In the Dominican Republic.

```
 1         THE COURT:  And do you agree that the offense involved
 2    1 kilogram or more of a mixture and substance containing a
 3    detectable amount of heroin, a Schedule I controlled substance,
 4    in violation of Section 21 United States Code,
 5    Section 841(b)(1)(A)(i)?  Do you plead guilty knowingly,
 6    freely, and voluntarily to the conspiracy count?
 7         THE DEFENDANT:  Yes.
 8         THE COURT:  And do you plead guilty to Count 2 of
 9    possession with intent to distribute and distribution of
10    heroin, that on or about August 24, 2017, in Lawrence,
11    Charlestown, and elsewhere in the District of Massachusetts,
12    that you did knowingly and intentionally possess with intent to
13    distribute heroin, a Schedule I controlled substance, and that
14    it involved 1 kilogram or more of a mixture and substance
15    containing a detectable amount of heroin, in violation of
16    federal law?  And, once again, that the amount was a Schedule I
17    controlled substance, and that it was reasonably attributable
18    to and reasonably foreseeable by you was over a kilogram?  Do
19    you plead guilty knowingly, freely, and voluntarily?
20         THE DEFENDANT:  Yes.
21
22
23
24
25
```