UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>    v.                                                       )<br>)<br>)<br>MINERVA RUIZ,                                       )<br>)<br>            Defendant.          )<br>) | Criminal Action<br>No. 17-10281-PBS |

## VERDICT

WE, THE JURY, FIND THE DEFENDANT, MINERVA RUIZ:

**Count One**

As to Count One of the Indictment, charging her with Conspiracy to Possess with Intent to Distribute and to Distribute Heroin in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A)(i):

_____ NOT GUILTY          \_\_\_\_X\_\_\_\_ GUILTY

If "Guilty," has the Government proven that the conspiracy involved **1 kilogram or more** of heroin and that amount was reasonably foreseeable to Ms. Ruiz:

_____ NO          \_\_\_\_X\_\_\_\_ YES

1

**Count Two**

As to Count Two of the Indictment, charging her with Possession with Intent to Distribute and Distribution of Heroin in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(i):

_____ NOT GUILTY        \_\_\_X\_\_\_ GUILTY

If "Guilty," has the Government proven that Ms. Ruiz possessed with intent to distribute and distributed **1 kilogram or more** of heroin:

_____ NO        \_\_\_X\_\_\_ YES

I certify that the jury unanimously concurs in the above answers.

\_\_7-24-2019_____        \_\_\_[signature]_____
DATE                               FOREPERSON'S SIGNATURE