UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim No. 17cr10281-PBS |
| | ) | |
| MINERVA RUIZ, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S SENTENCING MEMORANDUM**

The United States of America, by and through Assistant United States Attorneys Lauren A. Graber and Benjamin Tolkoff, respectfully submits its Sentencing Memorandum for the defendant, Minerva Ruiz. Given the nature and circumstances of Ruiz's offense and the factors set forth in 18 U.S.C. § 3553, a sentence of 120 months' incarceration is the minimum sentence sufficient, but not greater than necessary, to comply with the purposes set forth in § 3553.

On July 24, 2019, Ruiz was found guilty by a jury of: one count of conspiracy to distribute on kilogram or more of heroin, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A)(i) (Count One); and one count of possession with intent to distribute one kilogram or more of heroin, in violation of 21 U.S.C. § 841(b)(1)(A)(i) (Count Two). Both Counts One and Two carry a ten-year mandatory minimum sentence.

Ruiz is responsible for delivering approximately 1.8 kilograms of heroin to a cooperating witness on August 24, 2017. With its guilty verdicts, the jury found beyond a reasonable doubt that Ruiz knowingly and intentionally delivered the drugs, and conspired with her co-defendant Dalnovis Delarosa Arias in doing so.

With a criminal history category of I, the Guidelines Sentencing Range is 63-78 months. The ten-year mandatory minimum therefore controls. For the reasons set forth in the October 7,

2019 revised PSR, the government believes a sentence of 120 months' incarceration is the minimum sentence sufficient, but not greater than necessary, to comply with the purposes set forth in § 3553.

|  |  |
|---|---|
| January 10, 2020 | Respectfully submitted, |
|  | Andrew E. Lelling<br>United States Attorney |
|  | By: */s/ Lauren A. Graber*<br>Lauren A. Graber<br>Benjamin Tolkoff<br>Assistant U.S. Attorneys |

## CERTIFICATE OF SERVICE

I, Lauren A. Graber, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on defendant's attorney by electronic filing.

*/s/ Lauren A. Graber*
Lauren A. Graber
Assistant U.S. Attorney
January 10, 2020