# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim No. 17cr10281-PBS |
| | ) |
| MINERVA RUIZ, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM

The United States of America, by and through Assistant United States Attorneys Lauren A. Graber and Benjamin Tolkoff, respectfully submits its Supplemental Sentencing Memorandum for the defendant, Minerva Ruiz. Given the nature and circumstances of Ruiz's offense and the factors set forth in 18 U.S.C. § 3553, a sentence of 63 months' incarceration, followed by three years of supervised release, is the minimum sentence sufficient, but not greater than necessary, to comply with the purposes set forth in § 3553.

On July 24, 2019, Ruiz was found guilty by a jury of: one count of conspiracy to distribute on kilogram or more of heroin, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A)(i) (Count One); and one count of possession with intent to distribute one kilogram or more of heroin, in violation of 21 U.S.C. § 841(b)(1)(A)(i) (Count Two).

Ruiz is responsible for delivering approximately 1.8 kilograms of heroin to a cooperating witness on August 24, 2017. With its guilty verdicts, the jury found beyond a reasonable doubt that Ruiz knowingly and intentionally delivered the drugs, and conspired with her co-defendant Dalnovis Delarosa Arias in doing so.

With a criminal history category of I, the Guidelines Sentencing Range is 63-78 months. For the reasons set forth in the October 7, 2019 revised PSR, the government believes a sentence

of 63 months' incarceration, followed by three years of supervised release, is the minimum sentence sufficient, but not greater than necessary, to comply with the purposes set forth in § 3553.

January 15, 2020                                    Respectfully submitted,

                                                    Andrew E. Lelling
                                                    United States Attorney


                                                    By: */s/ Lauren A. Graber*
                                                    Lauren A. Graber
                                                    Benjamin Tolkoff
                                                    Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I, Lauren A. Graber, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on defendant's attorney by electronic filing.

                                                    */s/ Lauren A. Graber*
                                                    Lauren A. Graber
                                                    Assistant U.S. Attorney
                                                    January 15, 2020