```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

                                    DOCKET NO: 1:17CR10281-2
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **THE DEFENDANT'S SENTENCING** |
| ) | **MEMORANDUM FILED UNDER SEAL** |
| v. ) | |
| ) | |
| MINVERVA RUIZ ) | |

## INTRODUCTION

Now comes the Defendant, Minerva Ruiz("Ruiz"), through counsel, and submits this sentencing memorandum in advance of her sentencing hearing scheduled for Friday, January 17, 2020. Pursuant to 18 U.S.C. § 3553, Ms. Ruiz suggests that a period of incarceration of 41 months followed by 3 years of supervised release is sufficient but not greater than necessary to effectuate the purposes of sentencing.

**I.   DEFENDANT'S SENTENCING GUIDELINE (advisory) CALCULATION**

    **1.   Base Offense Level**

    Pursuant to USSG § 2D1.1(a)(5) and 2D1.1(c)(5) the base offense level is:     **30**

    **2.   Mitigating Role**

    Pursuant to USSG §3B1.2(a) the defendant is entitled to a four-point decrease based upon her role as a "minimal participant"

1

    in the instant offense

    See: Commentary Application Note (3)(A)     **-4**

**3.     Limitation on Applicability of Statutory Minimum Sentences in Certain Case**

Pursuant to USSG 5c1.2 the defendant is entitled to a decrease of two levels     **-2**

    Total   **24**

## II. Criminal History

The defendant has no prior criminal History     **Level I**

    **Guideline Range (51 to 63 months)**

## III. RELEVANT INFORMATION

    Minerva Ruiz was born on October 28, 1986, in the Dominican Republic. In 2005, she moved to United States, and later became a Naturalized U.S. citizen. Presently, she lives in Lawrence, MA. with her parents, and her 8-year-old daughter Kaylee Ortiz. Ms. Ruiz is gainfully employed at BAE Systems, where she manufactures electrical components.

    In 2016, she met codefendant Dalnovis Arias through her employment with Royal Prestige. Eventually, the two began a dating relationship. Unbeknownst to Ruiz, Arias was a drug dealer. According to a confidential informant, Arias was responsible for selling large quantities of drugs throughout the greater Lawrence, MA. area. Importantly, no confidential source ever provided law enforcement with any information connecting

Ruiz to the prior drug dealing activities of Arias.

According to the evidence at trial, her role was limited to her presence at the July 2017 meeting in Charlestown between Arias and the CW, where potential drug sales were discussed, followed by her transporting Arias, and consequently the drugs in this case, to the August 2017 meet.

Ms. Ruiz was not predisposed to selling narcotics. Per the PSR, and as verified by the probation department, she has always engaged in gainful and lawful employment to support her daughter and herself.  She is the sole caretaker of her daughter, who has medium to severe autism.  Her parents are older and in poor health.  In this instance, any period of incarceration will be sufficient but not greater than necessary to effectuate the purposes of sentencing.  The court can be assured that Ms. Ruiz will not be involved in any future criminal conduct.

## CONCLUSION

For the forgoing reasons, the Defendant moves this court to adopt her suggested sentence.

>By her Attorney,
>
>/s/ Joseph F. Krowski Jr.
>JOSEPH F. KROWSKI JR.
>30 Cottage Street
>Brockton, MA 02301
>(508) 584-2555
>BBO#: 640902

Dated:  January 15, 2020

**CERTIFICATE OF SERVICE**

    I, Joseph F. Krowski Jr., Esquire, hereby certify that on January 15, 2020, I served (via electronic filing) a copy of the Defendant's Sentencing Memorandum upon: Assistant U.S. Attorney Lauren Graber and Benjamim Tolkoff.

/s/ Joseph F. Krowski Jr.
JOSEPH F. KROWSKI JR.