UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO: 17-CR-10281-PBS-2

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | **NOTICE OF APPEAL TO THE FIRST CIRCUIT** |
| ) | **COURT OF APPEALS** |
| MINERVA RUIZ ) | |

Pursuant to Rule 4 of the Federal Rules of Appellate Procedure, the Defendant, Minerva Ruiz, hereby gives notice of her intent to appeal to the United States Court of Appeals for the First Circuit from all adverse decisions, findings, holdings, evidentiary rulings, rulings on any and all pretrial motions, a July 24, 2019, jury verdict and conviction, post convictions rulings, and a final judgment of sentencing of the United States District Court the date of final judgment being January 17, 2020.

By her Attorney,

/s/ Joseph F. Krowski Jr., Esquire
JOSEPH F. KROWSKI JR., ESQUIRE
30 Cottage Street
Brockton, MA 02301
(508) 584-2555
BBO: 640902

Dated: January 23, 2020

**CERTIFICATE OF SERVICE**

    I, Joseph F. Krowski, Jr., Esquire, certify that I have this 23rd day of January, 2020, served a copy of this Notice of Appeal on the Assistant U.S. Attorneys and all counsel of record by means of the Court's electronic filing and notification system (PACER/CM/ECF).

                                                    /s/ Joseph F. Krowski Jr., Esquire
                                                    JOSEPH F. KROWSKI JR., ESQUIRE