# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of America v. Minerva Ruiz

District Court Number: 17cr10281-PBS-2

Fee:  Paid? Yes ____ No  X   Government filer ____  *In Forma Pauperis* Yes ____ No ____

Motions Pending     Yes  X   No ____          Sealed documents     Yes  X   No ____
*If yes, document #*   227,228                   *If yes, document #*   8,129,224

Ex parte documents  Yes ____ No  X             Transcripts          Yes  X   No ____
*If yes, document #*   _____                 *If yes, document #*   114,118,216

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent  X   Other: ____

Appeal from:

#229 Judgment

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#226 and #229

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 226 filed on January 23, 2020.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 29, 2020.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**